# ELECTRONIC RECORD

COA # 11-14-00258-CR       OFFENSE: 1

STYLE: Marcus Dwight Booth v.
The State of Texas       COUNTY: Midland

COA DISPOSITION: DISMISSED       TRIAL COURT: 385th District Court

DATE: 10/16/14       Publish: NO   TC CASE #: CR42435

COA DISPOSITION: DISMISSED       TRIAL COURT: 385th District Court

DATE: 10/16/14       Publish: NO   TC CASE #: CR42435

## IN THE COURT OF CRIMINAL APPEALS

1461-14  1459-14
1460-14

STYLE: Marcus Dwight Booth v.
The State of Texas       CCA #: PD-1459-14

_____ PRO SE _____ Petition       CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE: _____

_REFUSED_       JUDGE: _____

DATE: 03/18/2015       SIGNED: _____   PC: _____

JUDGE: Per Curiam       PUBLISH: _____   DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD